**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**CARRIE WEISS,**

      **Plaintiff,**

**v.**

**NATIONWIDE CREDIT, INC.,**

      **Defendant.**                  **NO. 11-CV-687-DRH**

## JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

      **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 9, 2012, this case is **DISMISSED** with prejudice.

                  **NANCY J. ROSENSTENGEL,**
                  **CLERK OF COURT**

                  **BY:**        ***/s/Sandy Pannier***
                                      **Deputy Clerk**

Dated: January 9, 2012

David R. Herndon
2012.01.09
16:04:56 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT